AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

```
FILED              RECEIVED
ENTERED            SERVED ON
                   COUNSEL/PARTIES OF RECORD

        FEB 0 4 2022

CLERK US DISTRICT COURT
  DISTRICT OF NEVADA
BY:_____DEPUTY
```

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 2:22-mj-85-EJY |
| ) | |
| MICHAEL DEON FULCHER ) | |
| *Defendant* ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| | | | |
|---|---|---|---|
| Place: | Lloyd D. George United States Courthouse<br>333 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br>Elayna J. Youchah, U.S. Magistrate Judge | Courtroom No.: | 3A |
| | | Date and Time: | February 9, 2022 at 1:00 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:  February 4, 2022

*Judge's signature*

ELAYNA J. YOUCHAH, U.S. Magistrate Judge
*Printed name and title*